## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-CV-20931-RAR

**ERIC ROGERS**,

    Plaintiff,

v.

**ADVANCE STORES COMPANY**,

    Defendant.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Dismissal With Prejudice, [ECF No. 5], filed on March 21, 2024.  The Court being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*, with each party to bear its own costs and attorneys' fees.  All pending deadlines are hereby **TERMINATED**.  The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of March, 2024.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**